FILED

06/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0143

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0143

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MATTHEW THOMAS SOTO,

      Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until August 3, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 25 2020